No. 22-1624

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

JUMP ROPE SYSTEMS, LLC,

*Plaintiff-Appellant*,

v.

COULTER VENTURES, LLC,

*Defendant-Appellee.*

Appeal from the United States District Court
For the Southern District of Ohio

---

## APPELLANT JUMP ROPE SYSTEMS, LLC'S UNOPPOSED MOTION FOR SUMMARY AFFIRMANCE

Robert P. Greenspoon
DUNLAP BENNETT & LUDWIG PLLC
333 N. Michigan Ave., Suite 2700
Chicago, IL 60601
(312) 551-9500
rgreenspoon@dbllawyers.com

*Attorney for Plaintiff-Appellant*
*Jump Rope Systems, LLC*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---|---|
| **Case Number** | 22-1624 |
| **Short Case Caption** | Jump Rope Systems, LLC v. Coulter Ventures, LLC |
| **Filing Party/Entity** | Jump Rope Systems, LLC |

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/19/2022

Signature: /s/Robert P. Greenspoon

Name: Robert P. Greenspoon

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Jump Rope Systems, LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐　None/Not Applicable　　　　☐　Additional pages attached

| | | |
|---|---|---|
| Sebaly Shillito & Dyer | LIMPUS + LIMPUS, PC | James A. Dyer |
| Daniel J. Donnellon | Christopher L. Limpus | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑　None/Not Applicable　　　　☐　Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑　None/Not Applicable　　　　☐　Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Appellant Jump Rope Systems, LLC ("JRS"), unopposed by Appellee, respectfully moves for summary affirmance in this appeal based on this Court's decision in *XY, LLC v. Trans Ova Genetics, L.C.*, 890 F.3d 1282 (Fed. Cir. 2018). In support thereof, JRS states as follows:

## BACKGROUND

This case involves a challenge to *XY, LLC*—a prior 2-1 panel precedent that, until overruled by this Court of the Supreme Court, controls disposition of the issues in this appeal. JRS brought suit against Appellee in district court (No. 2:18-cv-00731-MHW-CMV, S.D. Ohio), alleging infringement of two JRS patents. Appellee subsequently sought inter partes review at the Patent Trial and Appeal Board, resulting in a stay of district court proceedings. After this Court affirmed the PTAB's unpatentability decisions, the parties filed a Joint Status Report reflecting agreement that *XY, LLC* holds that the collateral estoppel effect of the PTAB rulings forecloses JRS from prevailing in its district court infringement action. JRS stated its intention to seek *en banc* review in this Court of that *XY, LLC* holding.

After the district court entered the stipulated form of judgment, JRS sought initial *en banc* review in this Court as indicated. On May 5, 2022, this Court denied *en banc* initial hearing. The parties subsequently conferred and agree that no purpose would be served by proceeding to the panel phase, in view of the prior-panel rule requiring a future panel in this case to follow the 2-1 *XY, LLC* holding.

## DISCUSSION

While JRS strongly disagrees with the Court's decision in *XY, LLC* and with the denial of initial *en banc* hearing, out of respect for the rule of law, JRS concedes that it has now exhausted its opportunities at this Court for meaningful review of the district court's judgment. JRS concedes that because the issue in this appeal is identical to the collateral estoppel issue decided in *XY, LLC*, summary affirmance is appropriate. *See United States v. Fortner*, 455 F.3d 752, 754 (7th Cir. 2006) ("[S]ummary affirmance may be appropriate when a recent appellate decision directly resolves the appeal."). In the interests of preserving the Court's and the parties' resources, JRS respectfully requests that this Court grant summary affirmance of the district court's judgment.

In making this request, JRS reserves and preserves all rights to subsequent review, and specifically states its intention to seek Supreme Court review of the collateral estoppel holding of *XY, LLC* (and thus of this case's underlying judgment). For example, under the rationale of the *XY, LLC* dissent, JRS contends that there should not be collateral estoppel. Under the dissent's rationale, JRS should be entitled to put Appellee to its proofs about any contention of invalidity under the Article III court's clear and convincing standard of proof.

Appellee does not oppose this motion, but does not agree with Appellant's characterizations of the litigation and reserves all rights, remedies, and defenses.

Dated: May 19, 2022                    Respectfully submitted,

                                       /s/ Robert P. Greenspoon
                                       Robert P. Greenspoon
                                       DUNLAP BENNETT & LUDWIG
                                       333 N. Michigan Ave
                                       Suite 2700
                                       Chicago, IL 60601
                                       P: (312) 551-9500
                                       rgreenspoon@dbllawyers.com

                                       *Attorney for Plaintiff-Appellant*
                                       *Jump Rope Systems, LLC*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 22-1624

**Short Case Caption:** Jump Rope Systems, LLC v. Coulter Ventures, LLC

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

[✔] the filing has been prepared using a proportionally-spaced typeface and includes 475 words.

[ ] the filing has been prepared using a monospaced typeface and includes _____ lines of text.

[ ] the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 05/19/2022

Signature: /s/Robert P. Greenspoon

Name: Robert P. Greenspoon