# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 28, 2022

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

Re: Jump Rope Systems, LLC
v. Coulter Ventures, LLC, dba Rogue Fitness
No. 22-298
(Your No. 2022-1624)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 26, 2022 and placed on the docket September 28, 2022 as No. 22-298.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst